**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN HARRIS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 26-cv-02707 |
| | : | |
| v. | : | |
| | : | |
| SEVEN STARS FARM, INC, | : | |
| | : | |
| Defendant. | : | |

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on May 26, 2026, a true and correct copy of Defendant's Answer to Collective Action Complaint with Affirmative Defenses was served via CM/ECF to the following:

Michael Murphy, Esquire
Michael Groh, Esquire
Murphy Law Group, LLC
Eight Penn Center, Suite 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103

*Attorneys for Plaintiff*

UNRUH, TURNER, BURKE & FREES

Dated: May 26, 2026

By: *<u>/s/ Brian D. Boreman</u>*
Brian D. Boreman
Attorney I.D. Nos. 84074
Bboreman@utbf.com
17 West Gay Street
West Chester, PA 19382

Attorneys for Defendant