**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN HARRIS** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| **v.** | : | |
| **SEVEN STARS FARM, INC.** | : | **NO. 26-2707** |
| Defendant. | : | |

**<u>ORDER</u>**

**AND NOW,** this 2nd day of September, 2026, following a preliminary pretrial conference, it is **ORDERED** as follows:

1. The Rule 16 Conference is adjourned;
2. Plaintiff shall file a motion to amend the complaint no later than **September 9, 2026**;[1]
3. Defendant shall file a response, if any, no later than **September 30, 2026**;
4. Following the disposition of the motion, the Court will continue the Rule 16 Conference. Before that time, the parties shall exchange written discovery pertaining at least to Plaintiff's intended motion for conditional certification under the Fair Labor Standards Act.

BY THE COURT:

Hon. Mia R. Perez

[1] Plaintiff shall attach to the motion a proposed amended complaint and a redlined proposed amended complaint showing the changes from the complaint.