**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN HARRIS, *individually and on behalf of all others similarly situated*<br><br>Plaintiff,<br><br>v.<br><br>SEVEN STARS FARM, INC.<br><br>Defendant. | CIVIL ACTION NO.: 26-02707-MRP |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**

Plaintiff John Harris ("Plaintiff"), by and through his undersigned Counsel, hereby submits this Motion, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, for Leave to File a First Amended Complaint.

Plaintiff's arguments in support of this Motion are explained in the accompanying Memorandum of Law, which is incorporated into this Motion by reference.

Respectfully submitted,

**MURPHY LAW GROUP, LLC**

By: /s/ Michael Groh

Michael Murphy, Esq.
Michael Groh, Esq.
Eight Penn Center, Suite 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
TEL: 267-273-1054
FAX: 215-525-0210
murphy@phillyemploymentlawyer.com
mgroh@phillyemploymentlawyer.com
Attorneys for Plaintiff

Dated: September 9, 2026

**CERTIFICATE OF SERVICE**

I, Michael Groh, Esquire, hereby certify that on September 9, 2026, I caused a true and correct copy of the foregoing to be filed via ECF, which will send notification of such filing to the following counsel:

Brian D. Boreman, Esq.
Unruh Turner Burke & Frees
17 W. Gay Street, Suite 200
West Chester, PA 19381
P: 610.692.1371
F: 484.653.2217
bboreman@utbf.com
Counsel for Defendant

/s/ Michael Groh
Michael Groh, Esq.

Dated: September 9, 2026