**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN HARRIS, *individually and on behalf of all others similarly situated*<br><br>Plaintiff,<br><br>v.<br><br>SEVEN STARS FARM, INC.<br><br>Defendant. | : | CIVIL ACTION NO.: 26-02707-MRP |

## PROPOSED ORDER

**AND NOW**, this ____ day of __________________, 2026, upon consideration of Plaintiff's Motion for Leave to File an Amended Complaint (ECF No. ____), and the response thereto, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Leave to File an Amended Complaint (ECF No. ____) is **GRANTED**.

2. It is further **ORDERED** that Plaintiff's First Amended Complaint, which is attached to Plaintiff's Motion as Exhibit A, is deemed filed as of this date.

3. Defendant shall file its Answer to Plaintiff's First Amended Complaint within 14 days of the date of this Order.

BY THE COURT:

______________________________
Hon. Mia R. Perez