# EXHIBIT A

PYRAMID

14

JOHN — NAME

12/13/25 — PAY PERIOD ENDING

SIGNATURE

| TOTAL HOURS R.T. / O.T. | OFFICE USE | DATE AND TIME | | | PAYABLE TIME |
|---|---|---|---|---|---|
| | | 1 | 4:03A | 2:46P | 10:45 10:45 |
| | | 3 | 7:39A | 4:22P | 8:30 19:15 |
| RATE | | 4 | 5:58A | 2:29P | 8:30 27:45 |
| | | 5 | 9:22A | 3:21P | 6:00 33:45 |
| AMOUNT | | 8 | 7:34A | 4:24P | 9:00 42:45 |
| | | 9 | 8:21A | 4:27P | 8:15 51:00 |
| EARNINGS | | 10 | 10:35A | | |
| | | 11 | 7:44A | 3:44P | 8:00 59:00 |
| DEDUCTIONS | | | | | |
| BALANCE | | | | | |

61.00

+2.00

355 3 504469

IMPORTANT: Duplicate card numbers must NOT be used within the same pay period

pyramidtimesystems.com

Form 44100-10 Rev. 0

© 2001 PYRAMID TIME SYSTEMS, LLC

PYRAMID

23

JOHN — 12/27/25

NAME — PAY PERIOD ENDING

SIGNATURE

| TOTAL HOURS R.T. / O.T. | OFFICE USE |
|---|---|
| RATE | |
| AMOUNT | |
| EARNINGS | |
| DEDUCTIONS | |
| BALANCE | |

| DATE AND TIME | | | PAYABLE TIME | |
|---|---|---|---|---|
| 15 | 7:10A | 4:23P | 9:15 | 9:15 |
| 16 | 7:33A | 3:40P | 8:15 | 17:30 |
| 18 | 4:51A | 1:17P | 8:30 | 26:00 |
| 19 | 7:31A | 4:14P | 8:45 | 34:45 |
| 22 | 3:54A | 3:10P | 11:15 | 46:00 |
| 23 | 7:50A | 4:24P | 8:45 | 54:45 |
| 24 | 7:42A | 3:28P | 7:45 | 62:30 |

355 3 504469

IMPORTANT: Duplicate card numbers must NOT be used within the same pay period

pyramidtimesystems.com

Form 44100-10 Rev. O

© 2001 PYRAMID TIME SYSTEMS, LLC

PYRAMID 29

John — NAME

1-10-26 — PAY PERIOD ENDING

SIGNATURE

| TOTAL HOURS R.T. \| O.T. | OFFICE USE | DATE AND TIME PAYABLE TIME |
|---|---|---|
| | | 7:30 – 2:30 |
| | | 29 8:30A 2:48P 6:15 6:15 |
| | | 30 9:04A 4:16P 7:15 13:30 |
| RATE | | 31 3:13P07F1 9-3 |
| | | 2 7:41A 4:41P 9:00 22:30 |
| AMOUNT | | |
| EARNINGS | | |
| DEDUCTIONS | | |
| BALANCE | | |

9-3 = 6 hours Clocked in for 9 So did not add 1 ~~hour~~ hour for Monday

22:30

355 3 504469

IMPORTANT: Duplicate card numbers must NOT be used within the same pay period

pyramidtimesystems.com

Form 44100-10 Rev. 0

© 2001 PYRAMID TIME SYSTEMS, LLC

PYRAMID 10

John — NAME

1-10-26 — PAY PERIOD ENDING

SIGNATURE

| TOTAL HOURS R.T. / O.T. | OFFICE USE | DATE AND TIME | | | PAYABLE TIME |
|---|---|---|---|---|---|
| | | 5 6:55A | 2:24P | 7:29 | 7:29 |
| | | 6 3:48A | 2:49P | 11:01 | 18:30 |
| | | 7 4:49A | 1:11P | 8:22 | 26:52 |
| | | 8 4:56A | 1:57P | 9:01 | 35:53 |
| | | 9 4:49A | 1:12P | 8:23 | 44:16 |

RATE

AMOUNT

EARNINGS

DEDUCTIONS

BALANCE

022 4 505214

IMPORTANT: Duplicate card numbers must NOT be used within the same pay period

pyramidtimesystems.com

Form 44100-10 Rev. 0

© 2001 PYRAMID TIME SYSTEMS, LLC

38

PYRAMID

John 1-24-26

NAME PAY PERIOD ENDING

SIGNATURE

| TOTAL HOURS R.T. \| O.T. | OFFICE USE | DATE AND TIME | PAYABLE TIME |
|---|---|---|---|
| | | 12 3:59A 2:30P | 10:31 10:31 |
| | | 13 3:48A 2:48P | 11:00 21:31 |
| RATE | | 15 4:42A 1:23P | 8:41 30:12 |
| | | 16 7:30A 2:26P | 6:56 37:08 |
| AMOUNT | | 19 3:45A 7:29A | 3:44 40:52 |
| | | 19 7:41A 2:14P | 6:33 47:25 |
| EARNINGS | | 20 3:51A 2:30P | 10:39 58:04 |
| | | 22 7:31A 3:18P | 7:47 65:51 |
| DEDUCTIONS | | 24 7:25A 3:26P | 8:01 73:52 |
| BALANCE | | | |

355 3 504469

IMPORTANT: Duplicate card numbers must NOT be used within the same pay period

pyramidtimesystems.com

Form 44100-10 Rev. 0

© 2001 PYRAMID TIME SYSTEMS, LLC

PYRAMID 18

John
NAME

2-7-26
PAY PERIOD ENDING

SIGNATURE

| TOTAL HOURS R.T. \| O.T. | OFFICE USE | DATE AND TIME | | | PAYABLE TIME |
|---|---|---|---|---|---|
| | | 28 9:35A | 4:30P | 6:55 | 6:55 |
| | | 29 5:28A | 2:19P | 8:51 | 15:46 |
| | | 30 3:49A | 2:20P | 10:31 | 26:17 |
| RATE | | 2 7:29A | 4:44P | 9:15 | 35:32 |
| AMOUNT | | 3 7:17A | 4:34P | 9:17 | 44:49 |
| | | 4 7:26A | 3:47P | 8:21 | 53:10 |
| EARNINGS | | 5 5:45A | 2:22P | 8:37 | 61:47 |
| | | 6 8:26A | 2:34P | 6:08 | 67:55 |
| DEDUCTIONS | | | | | |
| BALANCE | | | | | |

022 4 505214

IMPORTANT: Duplicate card numbers must NOT be used within the same pay period

pyramidtimesystems.com

Form 44100-10 Rev. 0

© 2001 PYRAMID TIME SYSTEMS, LLC

PYRAMID 52

John
NAME

2/21/26
PAY PERIOD ENDING

SIGNATURE

| TOTAL HOURS R.T. | O.T. | OFFICE USE | DATE AND TIME | | | PAYABLE TIME |
|---|---|---|---|---|---|---|
| | | | 9 | 7:27A | 4:05P 8:38 | 8:38 |
| | | | 10 | 7:58A | 4:27P 8:29 | 17:07 |
| | | | 11 | 7:26A | 3:46P 8:20 | 25:27 |
| | | | 12 | 5:45A | 2:14P 8:29 | 33:56 |
| | | | 13 | 8:58A | 4:16P 7:18 | 41:14 |
| | | | 16 | 7:29A | 11:57A 4:28 | 45:42 |
| | | | 17 | 6:29A | 2:23P 7:54 | 53:36 |
| | | | 18 | 8:37A | 3:28P 6:51 | 60:27 |
| | | | 19 | 4:47A | 1:26P 8:39 | 69:06 |
| | | | 20 | 7:46A | 2:24P 6:38 | 75:44 |
| | | | 21 | 7:31A | 3:20P 7:49 | 83:33 |

RATE

AMOUNT

EARNINGS

DEDUCTIONS

BALANCE

355 3 504469

IMPORTANT: Duplicate card numbers must NOT be used within the same pay period

pyramidtimesystems.com

Form 44100-10 Rev. 0

© 2001 PYRAMID TIME SYSTEMS, LLC

PYRAMID

63

John

NAME

3/7/26

PAY PERIOD ENDING

SIGNATURE

| TOTAL HOURS R.T. / O.T. | OFFICE USE | DATE AND TIME | | | PAYABLE TIME |
|---|---|---|---|---|---|
| | | 24 6:29A | 2:30P | 8:01 | 8:01 |
| | | 25 6:57A | 5:08P | 10:11 | 18:12 |
| RATE | | 26 7:58A | 1:00P | 5:02 | 23:14 |
| | | 26 1:23P | 2:57P | 1:34 | 24:48 |
| AMOUNT | | 27 8:55A | 2:18P | 5:23 | 30:11 |
| | | 2 7:30A | 4:12P | 8:42 | 38:53 |
| EARNINGS | | 3 8:51A | 2:21P | 5:30 | 44:23 |
| | | 4 7:30A | 1:24P | 5:54 | 50:17 |
| DEDUCTIONS | | 5 4:43A | 1:17P | 8:34 | 58:51 |
| BALANCE | | 6 5:51A | 1:38P | 7:47 | 66:38 |

355 3 504469

IMPORTANT: Duplicate card numbers must NOT be used within the same pay period

pyramidtimesystems.com

Form 44100-10 Rev. 0

© 2001 PYRAMID TIME SYSTEMS, LLC

PYRAMID 70

JOHN 3/21/26

NAME PAY PERIOD ENDING

SIGNATURE

| TOTAL HOURS R.T. / O.T. | OFFICE USE | DATE AND TIME | PAYABLE TIME |
|---|---|---|---|
| | | 9 7:30A 6:54P 11:24 | 11:24 |
| | | 12 7:28A | |
| RATE | | 13 11:01A 4:14P 5:13 | 16:37 |
| | | 16 6:51A 4:33P 9:42 | 26:19 |
| AMOUNT | | 17 9:04A 5:07P 8:03 | 34:22 |
| | | 18 5:53A 2:43P 8:50 | 43:12 |
| EARNINGS | | 19 4:58A 2:02P 9:04 | 52:16 |
| | | 20 11:00A 3:40P 4:40 | 56:56 |
| DEDUCTIONS | | | |
| BALANCE | | | |

62.06

3-12-26 7:28 – 1:20 (5hr 50min)

355 3 504469

IMPORTANT: Duplicate card numbers must NOT be used within the same pay period

pyramidtimesystems.com

Form 44100-10 Rev. 0

© 2001 PYRAMID TIME SYSTEMS, LLC

PYRAMID 79

John
NAME

4/4/26
PAY PERIOD ENDING

SIGNATURE

| TOTAL HOURS R.T. \| O.T. | OFFICE USE | DATE AND TIME | | | PAYABLE TIME | |
|---|---|---|---|---|---|---|
| | | 23 | 7:02A | 4:14P | 9:12 | 9:12 |
| RATE | | 24 | 9:02A | 4:26P | 7:24 | 16:36 |
| | | 26 | 4:51A | 1:39P | 8:48 | 25:24 |
| AMOUNT | | 27 | 10:57A | 4:24P | 5:27 | 30:51 |
| | | 30 | 12:06P | 4:36P | 4:30 | 35:21 |
| EARNINGS | | 31 | 9:33A | 2:48P | 5:15 | 40:36 |
| | | 1 | 8:31A | 5:14P | 8:43 | 49:19 |
| DEDUCTIONS | | 2 | 4:59A | 1:36P | 8:37 | 57:56 |
| BALANCE | | 3 | 11:01A | 4:00P | 4:59 | 62:55 |

355 3 504469

IMPORTANT: Duplicate card numbers must NOT be used within the same pay period

pyramidtimesystems.com

Form 44100-10 Rev. 0

© 2001 PYRAMID TIME SYSTEMS, LLC

PYRAMID 84

John — NAME

4/18/26 — PAY PERIOD ENDING

SIGNATURE

| TOTAL HOURS R.T. | O.T. | OFFICE USE | DATE AND TIME | | | PAYABLE TIME |
|---|---|---|---|---|---|---|
| | | | 6 9:00A | 4:10P | 7:10 | 7:10 |
| | | | 7 8:29A | 4:34P | 8:05 | 15:15 |
| | | | 8 5:50A | 2:51P | 9:01 | 24:16 |
| | | | 9 8:00A | 1:17P | 5:17 | 29:33 |
| | | | 14 8:28A | 4:24P | 7:56 | 37:29 |
| | | | 16 4:49A | 1:19P | 8:30 | 45:59 |
| | | | 17 11:48A | 4:40P | 4:52 | 50:51 |

RATE

AMOUNT

EARNINGS

DEDUCTIONS

BALANCE

355 3 504469

IMPORTANT: Duplicate card numbers must NOT be used within the same pay period

pyramidtimesystems.com

Form 44100-10 Rev. O

© 2001 PYRAMID TIME SYSTEMS, LLC

PYRAMID 93

John
NAME

5/2
PAY PERIOD ENDING

SIGNATURE

| TOTAL HOURS R.T. \| O.T. | OFFICE USE | DATE AND TIME | | | PAYABLE TIME |
|---|---|---|---|---|---|
| | | 20 9:30A | 3:21P | 5:51 | 5:51 |
| | | 21 7:58A | 4:24P | 8:26 | 14:17 |
| RATE | | 23 10:58A | 3:36P | 4:38 | 18:55 |
| | | 24 7:29A | 3:59P | 8:30 | 27:25 |
| AMOUNT | | 27 8:57A | 4:25P | 7:28 | 34:53 |
| | | 28 8:57A | 4:23P | 7:26 | 42:19 |
| EARNINGS | | 29 4:48A | 1:53P | 9:05 | 51:24 |
| | | 30 7:59A | 1:11P | 5:12 | 56:36 |
| DEDUCTIONS | | | | | |
| BALANCE | | | | | |

355 3 504469

IMPORTANT: Duplicate card numbers must NOT be used within the same pay period

pyramidtimesystems.com

Form 44100-10 Rev. 0

© 2001 PYRAMID TIME SYSTEMS, LLC

PYRAMID 7

JOHN 5/16

NAME PAY PERIOD ENDING

SIGNATURE

| TOTAL HOURS R.T. / O.T. | OFFICE USE | DATE AND TIME | | | PAYABLE TIME |
|---|---|---|---|---|---|
| | | 4 4:32P | 4:33P | 0:01 | 0:01 |
| | | 5 7:31A | 2:34P | 7:03 | 7:04 |
| | | 6 7:31A | 12:46P | 5:15 | 12:19 |
| | | 7 8:14A | 1:00P | 4:46 | 17:05 |
| RATE | | 8 5:23A | 1:37P | 8:14 | 25:19 |
| AMOUNT | | 11 9:02A | 4:18P | 7:16 | 32:35 |
| EARNINGS | | 12 7:49A | 2:31P | 6:42 | 39:17 |
| DEDUCTIONS | | 13 7:27A | 2:27P | 7:00 | 46:17 |
| BALANCE | | 14 7:59A | 11:03A | 3:04 | 49:21 |
| | | 15 5:20A | 1:07P | 7:39 | 57:00 |

+7.50

5.4.26 clocked in @ 9Am

035 6 532443

IMPORTANT: Duplicate card numbers must NOT be used within the same pay period

pyramidtimesystems.com

Form 44100-10 Rev. 0

© 2001 PYRAMID TIME SYSTEMS, LLC

PYRAMID 16

JOHN 5/30/26

NAME PAY PERIOD ENDING

SIGNATURE

| TOTAL HOURS R.T. / O.T. | OFFICE USE | DATE AND TIME | PAYABLE TIME |
|---|---|---|---|
| | | 18 9:03A 4:24P 7:21 | 7:21 |
| | | 19 7:29A 12:23P 4:54 | 12:15 |
| RATE | | 20 3:45A 12:56P 9:11 | 21:26 |
| | | 21 9:10A 2:23P 5:13 | 26:39 |
| AMOUNT | | 22 8:59A 4:36P 7:37 | 34:16 |
| | | 26 8:59A 2:10P 5:11 | 39:27 |
| EARNINGS | | 27 3:45A 2:27P 10:42 | 50:09 |
| | | 28 7:57A 11:56A 3:59 | 54:08 |
| DEDUCTIONS | | 29 11:28A 4:20P 4:52 | 59:00 |
| BALANCE | | | |

035 6 532443

IMPORTANT: Duplicate card numbers must NOT be used within the same pay period

pyramidtimesystems.com

Form 44100-10 Rev. 0

© 2001 PYRAMID TIME SYSTEMS, LLC

PYRAMID 25

JOHN 6/13

NAME PAY PERIOD ENDING

SIGNATURE

| TOTAL HOURS R.T. \| O.T. | OFFICE USE | DATE AND TIME | | | PAYABLE TIME |
|---|---|---|---|---|---|
| | | 1 | 8:56A 4:12P | 7:16 | 7:16 |
| | | 2 | 7:31A 2:25P | 6:54 | 14:10 |
| RATE | | 8 | 8:57A 4:09P | 7:12 | 21:22 |
| | | 9 | 8:22A 12:09P | 3:47 | 25:09 |
| AMOUNT | | 10 | 9:02A 3:23P | 6:21 | 31:30 |
| | | 11 | 4:48A 1:10P | 8:22 | 39:52 |
| EARNINGS | | 12 | 11:11A 2:54P | 3:43 | 43:35 |
| DEDUCTIONS | | | | | |
| BALANCE | | | | | |

6-4-26 8hr
6-5-26 8hr

16hr PTO

035 6 532443

IMPORTANT: Duplicate card numbers must NOT be used within the same pay period

pyramidtimesystems.com

Form 44100-10 Rev. O

© 2001 PYRAMID TIME SYSTEMS, LLC

PYRAMID 33

JOHN
NAME

6/27/26
PAY PERIOD ENDING

A
SIGNATURE

| TOTAL HOURS R.T. / O.T. | OFFICE USE | DATE AND TIME | PAYABLE TIME |
|---|---|---|---|
| | | 15 7:29A 4:37P 9:08 | 9:08 |
| RATE | | 16 6:59A 2:28P 7:29 | 16:37 |
| AMOUNT | | 17 7:28A 3:05P 7:37 | 24:14 |
| EARNINGS | | 18 7:30A 1:36P 6:06 | 30:20 |
| DEDUCTIONS | | | |
| BALANCE | | | |

035 6 532443

IMPORTANT: Duplicate card numbers must NOT be used within the same pay period

pyramidtimesystems.com

Form 44100-10 Rev. O

© 2001 PYRAMID TIME SYSTEMS, LLC

PYRAMID 62

John
NAME

6/27/26
PAY PERIOD ENDING

B
SIGNATURE

| TOTAL HOURS R.T. \| O.T. | OFFICE USE | DATE AND TIME | PAYABLE TIME |
|---|---|---|---|
| | | 23 6:58A 4:07P 9:09 | 9:09 |
| | | 25 7:26A 3:13P 7:47 | 16:56 |
| | | 26 4:44A 1:13P 8:29 | 25:25 |

RATE

AMOUNT

EARNINGS

DEDUCTIONS

BALANCE

55.45
+8
63.45

6-22-26

8 Hour PTO

035 6 532443

IMPORTANT: Duplicate card numbers must NOT be used within the same pay period

pyramidtimesystems.com

Form 44100-10 Rev. O

© 2001 PYRAMID TIME SYSTEMS, LLC

PYRAMID 41

JOHN
NAME

7/11/26
PAY PERIOD ENDING

A
SIGNATURE

| TOTAL HOURS R.T. \| O.T. | OFFICE USE | DATE AND TIME | | | PAYABLE TIME | |
|---|---|---|---|---|---|---|
| | | 29 | 7:30A | 3:55P | 8:25 | 8:25 |
| | | 30 | 8:41A | 3:36P | 6:55 | 15:20 |
| RATE | | 1 | 7:28A | 2:54P | 7:26 | 22:46 |
| | | 2 | 10:27A | 3:51P | 5:24 | 28:10 |
| AMOUNT | | | | | | |
| EARNINGS | | | | | | |
| DEDUCTIONS | | | | | | |
| BALANCE | | | | | | |

035 6 532443

IMPORTANT: Duplicate card numbers must NOT be used within the same pay period

pyramidtimesystems.com

Form 44100-10 Rev. 0

© 2001 PYRAMID TIME SYSTEMS, LLC

PYRAMID 70

John 7/11/26

NAME PAY PERIOD ENDING

B

SIGNATURE

| TOTAL HOURS R.T. \| O.T. | OFFICE USE | DATE AND TIME | PAYABLE TIME |
|---|---|---|---|
| | | 7 6:57A 3:53P 8:56 | 8:56 |
| | | 8 7:29A 2:28P 6:59 | 15:55 |
| RATE | | 9 7:30A 3:02P 7:32 | 23:27 |
| | | 10 5:47A 2:44P 8:57 | 32:24 |
| AMOUNT | | | |
| EARNINGS | | | |
| DEDUCTIONS | | | |
| BALANCE | | | |

+16 hours PTO

John forgot to write on card.

035 6 532443

IMPORTANT: Duplicate card numbers must NOT be used within the same pay period

pyramidtimesystems.com

Form 44100-10 Rev. 0

© 2001 PYRAMID TIME SYSTEMS, LLC

PYRAMID 49

JOHN 7/25/26

NAME PAY PERIOD ENDING

A

SIGNATURE

| TOTAL HOURS R.T. \| O.T. | OFFICE USE | DATE AND TIME | PAYABLE TIME |
|---|---|---|---|
| | | 14 7:04A 4:13P 9:09 | 9:09 |
| | | 16 7:30A 3:08P 7:38 | 16:47 |
| | | 17 7:19A | |
| RATE | | | |
| AMOUNT | | | |
| EARNINGS | | | |
| DEDUCTIONS | | | |
| BALANCE | | | |

58.38 total

23.36

7-17 6:49

Day ended @ 2:00 PM

035 6 532443

IMPORTANT: Duplicate card numbers must NOT be used within the same pay period

pyramidtimesystems.com

Form 44100-10 Rev. 0

© 2001 PYRAMID TIME SYSTEMS, LLC

PYRAMID 78

John 7/25/26

NAME PAY PERIOD ENDING

B

SIGNATURE

| TOTAL HOURS R.T. / O.T. | OFFICE USE | DATE AND TIME | | | PAYABLE TIME | |
|---|---|---|---|---|---|---|
| | | 20 | 7:15A | 3:46P | 8:31 | 8:31 |
| | | 21 | 7:25A | 4:21P | 8:56 | 17:27 |
| | | 22 | 6:57A | 12:16P | 5:19 | 22:46 |
| | | 23 | 8:57A | 2:51P | 5:54 | 28:40 |
| | | 24 | 5:35A | 12:57P | 7:22 | 36:02 |
| RATE | | | | | | |
| AMOUNT | | | | | | |
| EARNINGS | | | | | | |
| DEDUCTIONS | | | | | | |
| BALANCE | | | | | | |

035 6 532443

IMPORTANT: Duplicate card numbers must NOT be used within the same pay period

pyramidtimesystems.com

Form 44100-10 Rev. 0

© 2001 PYRAMID TIME SYSTEMS, LLC

PYRAMID 16

John 8/8/26

NAME PAY PERIOD ENDING

A

SIGNATURE

| TOTAL HOURS R.T. \| O.T. | OFFICE USE | DATE AND TIME | PAYABLE TIME |
|---|---|---|---|
| | | 4 8:59A 4:10P 7:11 | 7:11 |
| | | 5 7:58A 2:17P 6:19 | 13:30 |
| RATE | | 6 7:27A 11:47A 4:20 | 17:50 |
| | | 7 5:49A 1:55P 8:06 | 25:56 |
| AMOUNT | | | |
| EARNINGS | | | |
| DEDUCTIONS | | | |
| BALANCE | | | |

69.01

32.

33.32

8/3 8:55-3:48 7.36 hrs

035 6 532443

IMPORTANT: Duplicate card numbers must NOT be used within the same pay period

pyramidtimesystems.com

Form 44100-10 Rev. 0

© 2001 PYRAMID TIME SYSTEMS, LLC

PYRAMID 92

JOHN 8-8-26

NAME PAY PERIOD ENDING

A

SIGNATURE

| TOTAL HOURS R.T. \| O.T. | OFFICE USE | DATE AND TIME | | | PAYABLE TIME | |
|---|---|---|---|---|---|---|
| | | 27 | 8:55A | 4:06P | 7:11 | 7:11 |
| | | 28 | 8:28A | 3:52P | 7:24 | 14:35 |
| RATE | | 29 | 7:56A | 12:50P | 4:54 | 19:29 |
| | | 30 | 8:27A | 2:50P | 6:23 | 25:52 |
| AMOUNT | | 31 | 4:48A | 2:25P | 9:37 | 35:29 |
| EARNINGS | | | | | | |
| DEDUCTIONS | | | | | | |
| BALANCE | | | | | | |

035 6 532443

IMPORTANT: Duplicate card numbers must NOT be used within the same pay period

pyramidtimesystems.com

Form 44100-10 Rev. 0

© 2001 PYRAMID TIME SYSTEMS, LLC

PYRAMID

1

JOHN — 8/8/26

NAME — PAY PERIOD ENDING

B

SIGNATURE

| TOTAL HOURS R.T. / O.T. | OFFICE USE | DATE AND TIME | PAYABLE TIME |
|---|---|---|---|
| | | 8:55A 1:42 | 1:42 |
| | | 3 9:59A | |
| RATE | | 3 3:48P 4:01P 0:13 | 6:37 |
| | | 3 4:01P 4:01P 0:00 | 6:37 |
| AMOUNT | | 8:56A 1:41 | 8:18 |
| EARNINGS | | 4 8:56A | |
| DEDUCTIONS | | | |
| BALANCE | | | |

8/4 - 7.36 hrs

Duplicate #1

Jill & John

8-3-26
9:55AM - 3:48 PM

035 6 532443

IMPORTANT: Duplicate card numbers must NOT be used within the same pay period

pyramidtimesystems.com

Form 44100-10 Rev. 0

© 2001 PYRAMID TIME SYSTEMS, LLC

PYRAMID 10

JOHN
NAME

8/22/26
PAY PERIOD ENDING

A
SIGNATURE

| TOTAL HOURS R.T. / O.T. | OFFICE USE | DATE AND TIME | PAYABLE TIME |
|---|---|---|---|
| | | 10 8:57A 3:57P 7:00 | 7:00 |
| | | 11 7:11A 4:11P 9:00 | 16:00 |
| | | 12 9:14A 3:22P 6:08 | 22:08 |
| | | 13 8:28A 2:24P 5:56 | 28:04 |
| | | 14 5:28A 1:40P 8:12 | 36:16 |

RATE

AMOUNT

EARNINGS

DEDUCTIONS

BALANCE

035 6 532443

IMPORTANT: Duplicate card numbers must NOT be used within the same pay period

pyramidtimesystems.com

Form 44100-10 Rev. 0

© 2001 PYRAMID TIME SYSTEMS, LLC

PYRAMID 19

JOHN 8/22/26

NAME PAY PERIOD ENDING

B

SIGNATURE

| TOTAL HOURS R.T. \| O.T. | OFFICE USE | DATE AND TIME | PAYABLE TIME |
|---|---|---|---|
| | | 17 8:53A 3:57P 7:04 | 7:04 |
| | | 18 8:57A 4:07P 7:10 | 14:14 |
| RATE | | 19 7:09A 3:56P 8:47 | 23:01 |
| | | 20 8:58A 2:28P 5:30 | 28:31 |
| AMOUNT | | 21 5:20A 12:55P 7:35 | 36:06 |
| EARNINGS | | | |
| DEDUCTIONS | | | |
| BALANCE | | | |

035 6 532443

IMPORTANT: Duplicate card numbers must NOT be used within the same pay period

pyramidtimesystems.com

Form 44100-10 Rev. 0

© 2001 PYRAMID TIME SYSTEMS, LLC

PYRAMID 27

JOHN 9/5/26

NAME PAY PERIOD ENDING

A

SIGNATURE

| TOTAL HOURS R.T. / O.T. | OFFICE USE | DATE AND TIME | PAYABLE TIME |
|---|---|---|---|
| | | 24 8:52A 3:33P 6:41 | 6:41 |
| | | 25 8:50A 4:37P 7:47 | 14:28 |
| | | 26 8:42A 3:08P 6:26 | 20:54 |
| | | 27 8:51A 3:37P 6:46 | 27:40 |
| | | 28 5:18A 1:44P 8:26 | 36:06 |

RATE

AMOUNT

EARNINGS

DEDUCTIONS

BALANCE

035 6 532443

IMPORTANT: Duplicate card numbers must NOT be used within the same pay period

pyramidtimesystems.com

Form 44100-10 Rev. 0

© 2001 PYRAMID TIME SYSTEMS, LLC

PYRAMID 35

JOHN — NAME

9/5/26 — PAY PERIOD ENDING

B

SIGNATURE

| TOTAL HOURS R.T. / O.T. | OFFICE USE | DATE AND TIME | | | PAYABLE TIME |
|---|---|---|---|---|---|
| | | 31 9:29A | 2:36P | 5:07 | 5:07 |
| | | 1 9:29A | 2:33P | 5:04 | 10:11 |
| | | 2 9:05A | 2:35P | 5:30 | 15:41 |
| | | 3 9:57A | 3:12P | 5:15 | 20:56 |
| | | 4 7:15A | 1:50P | 6:35 | 27:31 |

RATE

AMOUNT

EARNINGS

DEDUCTIONS

BALANCE

035 6 532443

IMPORTANT: Duplicate card numbers must NOT be used within the same pay period

pyramidtimesystems.com

Form 44100-10 Rev. 0

© 2001 PYRAMID TIME SYSTEMS, LLC