**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN HARRIS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 26-cv-02707 |
| | : | |
| v. | : | |
| | : | |
| SEVEN STARS FARM, INC, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I certify that on September 30, 2026, a true and correct copy of Defendant's Response in Opposition to Plaintiff's Motion for Leave to File First Amended Complaint was served via CM/ECF to the following:

Michael Murphy, Esquire
Michael Groh, Esquire
Murphy Law Group, LLC
Eight Penn Center, Suite 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
*Attorneys for Plaintiff*

UNRUH, TURNER, BURKE & FREES

Dated: September 30, 2026

By: */s/ Jeremy Grivensky*
Brian D. Boreman
Jeremy E. Grivensky
Attorney I.D. Nos. 84074, 332211
bboreman@utbf.com; jgrivensky@utbf.com
17 W. Gay Street
West Chester, PA 19382